# United States District Court
# For The Western District of North Carolina
# Asheville Division

Ralph Fredrick,

       Plaintiff(s),   JUDGMENT IN A CIVIL CASE

vs.   1:04cv20

Theodis Beck,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 28, 2005 Order.



October 31, 2005

FRANK G. JOHNS, CLERK

BY:   s/Joan Gosnell

Joan Gosnell, Deputy Clerk